## MARCUS v. MONTGOMERY COUNTY, MARYLAND

[No. 267, September Term, 1969.]

*Decided February 11, 1970.*

The cause was argued before HAMMOND, C. J., and BARNES, FINAN, SINGLEY and DIGGES, JJ.

Philip Marcus in proper person.

*H. Christopher Malone, Assistant County Attorney,* with whom were *David L. Cahoon, County Attorney,* and *Alfred H. Carter, Deputy County Attorney,* on the brief, for appellee.

PER CURIAM.

The appellant, endeavoring to examine certain records of the maintenance division of Montgomery County's public works department, for use in a damage suit which he has filed against the County, chose to proceed under Art. VIII, Sec. 3 of the County's charter which had been repealed. From an order denying him the relief which he sought, he took this appeal.

At argument before us, the County admitted that it had resisted the appellant's petition on procedural grounds. Both parties conceded at the argument that the information which the appellant sought: records concerning work done by the County on Henderson Avenue east of Georgia Avenue, including the shoulders thereof, from January 1, 1965 to April 1, 1968; records concerning drainage and road conditions on Henderson Avenue east of Georgia Avenue, from January 1, 1965 to January 1, 1969; and records concerning the matters referred to in the County's Answers 1.(d)-(h) to appellant's Request For Admission of Facts, could have been gained through depositions as permitted by Chapter 400 of the Rules, and particularly as provided by Rules 405 a 1 and 405 a 2 (b).

> *The case is hereby remanded, without affirmance or reversal, for such further proceedings as may be deemed appropriate.*
> *Each party to pay their own costs.*
> *Mandate to issue forthwith.*